UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Robert Holland Koon, #227826,<br>*a/k/a Robert Koon,*<br>*a/k/a Robert H. Koon,*<br>      Plaintiff,<br>vs.<br><br>Michael McCall,<br>Charles Williams,<br>Lt. Robyn Taylor,<br>Nurse Richter,<br>Chaplin Barber,<br>Ofc. Collier,<br>Artison Brown,<br>      Defendants. | C/A No. 4:19-406-DCN-TER<br><br><br>ORDER |

The court has received and filed Plaintiff's document entitled "Motion to Dismiss Without Prejudice." (ECF No. 14). Federal Rule of Civil Procedure Rule 41(a)(1)(A) allows a Plaintiff to dismiss their complaint once without leave of court, upon the filing of a notice of dismissal. The court construes your "Motion to Dismiss Without Prejudice" (ECF No. 14) as such a notice. Plaintiff has ten (10) days to notify this court in writing if this is not Plaintiff's intent.

  **IT IS SO ORDERED**.

April 11, 2019
Florence, South Carolina

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge